UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4-16-CR-112-O |
| | § | |
| MICHAEL WESLEY JOHNSON (05) | | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant, MICHAEL WESLEY JOHNSON, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

Emily LaChance
Schneider Law Firm
400 East Weatherford St., Ste.106
Fort Worth, Texas 76102
TELEPHONE: (817) 850-9955
FACSIMILE: (817) 769-3797
Emily@clientdrivenlaw.com

BY: _____
Emily LaChance
State Bar No. 24054163
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Emily LaChance, hereby certify that on October 11, 2016, I served a copy of the foregoing upon Assistant United States Attorney Shawn Smith via ECF.
.

_____
Emily LaChance